**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DAVID SOLIMAN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1653 |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendants, U.S. Bank National Association and Select Portfolio Servicing, Inc.  This action is dismissed, with prejudice.

This is a final judgment.

SIGNED on February 3, 2014, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge